

U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*   (856) 757-5026
*401 Market Street, 4th Floor*                josephine.park@usdoj.gov
Post Office Box 2098
Camden, NJ  08101

October 17, 2025

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention:   Marcy Plye, Deputy Clerk

      Re:   *United States v. Tristan Cottle*

Dear Ms. Plye:

    The above-referenced defendant wishes to enter a guilty plea to the enclosed Information charging him with possession of child pornography.  Please accept this letter as a request that the matter be assigned to a District Judge.  The Information and cover sheet are enclosed.

    Thank you for your attention to this matter.

                      Very truly yours,

                      TODD BLANCHE
                      U.S. Deputy Attorney General

                      ALINA HABBA
                      Acting United States Attorney
                      Special Attorney

          By:   *s/Josephine J. Park*
                      Josephine J. Park
                      Assistant U.S. Attorney

Enclosures